**United States District Court**
Western District of Texas
El Paso Division

FILED
Apr 18 2024
Clerk, U.S. District Court
Western District of Texas

By: ___MG___
Deputy

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § § | |
| vs. § | No: EP:23-CR-01922(1)-DCG |
| § § | |
| **(1) JAVIER RAUL AGUIRRE-ANDRADE** § § | |
| *Defendant* | |

## ORDER APPOINTING COUNSEL

This case was referred to this court by Judge David Guaderrama for appointment of new counsel to represent the Defendant on appeal.

It is therefore ORDERED that Orlando Mondragon shall be appointed to represent the Defendant on appeal.

It is, accordingly, so **ORDERED** this **18th day of April, 2024.**

_____
ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE